**Order entered August 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00059-CR

**WILLIE DESHUN WADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75793-R**

# ORDER

Before the Court is appellant's August 14, 2018 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received August 14, 2018 filed as of the date of this order.

/s/    CRAIG STODDART
        JUSTICE